United States Bankruptcy Court
Eastern District of New York

In re:                                                                    Case No. 17-40229-ess
Roberto Alvarez                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1        User: dcapers         Page 1 of 1           Date Rcvd: Aug 07, 2017
                            Form ID: pdf000       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2017.
db              +Roberto Alvarez,   86-21 122nd Street,   Richmond Hill, NY 11418-2506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2017 at the address(es) listed below:
              Alissa K Piccione    on behalf of Creditor    Valley National Bank apiccione@cullenanddykman.com
              Marianne  DeRosa     Derosa@ch13mdr.com, mderosa13@ecf.epiqsystems.com
              Matthew G Roseman    on behalf of Creditor    Valley National Bank mroseman@cullenanddykman.com
              Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
              Rashmi  Attri    on behalf of Debtor Roberto  Alvarez rattri@ewaterslaw.com, info@ewaterslaw.com
              Ted Eric  May    on behalf of Creditor    Rushmore Loan Management Services LLC
               ted.may@maylawfirm.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re

  ROBERTO ALVAREZ,       Chapter 13
                  Case No. 17-40229-ess

      Debtor.
-------------------------------------------------------------x

## ORDER TERMINATING LOSS-MITIGATION PERIOD

  WHEREAS, on January 19, 2017, Roberto Alvarez filed a petition for relief under Chapter 13 of the Bankruptcy Code; and

  WHEREAS, on March 21, 2017, the Court issued an order directing the Debtor and Valley National Bank (the "Secured Creditor") to participate in the Loss Mitigation Program; and

  WHEREAS, on April 28, 2017, the Secured Creditor filed a letter stating, among other things, that the Debtor was denied a loan modification; and

  WHEREAS, on August 3, 2017, the Court held a continued Loss Mitigaton Status Conference at which the Debtor and the Secured Creditor appeared and were heard.

  NOW, THEREFORE, it is hereby

  ORDERED, that the Loss-Mitigation Period is terminated.



**Dated: Brooklyn, New York**
   **August 4, 2017**

                  _____
                  **Elizabeth S. Stong**
                  **United States Bankruptcy Judge**

To:

Roberto Alvarez
86-21 122nd Street
Richmond Hill, NY 11418
QUEENS-NY

Marianne DeRosa
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Rashmi Attri
E. Waters & Associates, P.C.
89-36 Sutphin Blvd
Ste 301-304
Jamaica, NY 11435

    Matthew G. Roseman, Esq. Cullen and Dykman, LLP
    100 Quentin Roosevelt Boulevard
    Garden City, New York 11530

    Alissa K. Piccione, Esq.
    Cullen and Dykman LLP
    100 Quentin Roosevelt Boulevard
    Garden City, New York 11530